UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 97CR0031-JLS |
| Plaintiff, | ) | JUDGMENT AND ORDER OF |
| | ) | DISMISSAL OF INFORMATION |
| v. | ) | AND RECALL ARREST WARRANT |
| | ) | |
| JOSE ANTONIO ALVAREZ, | ) | |
| TN: Jose Antonio Alvarez, Jr., | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice, and the Arrest Warrant be recalled.

IT IS SO ORDERED.

Dated:  July 20, 2016

Janis L. Sammartino
Hon. Janis L. Sammartino
United States District Judge